**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1937**

---

MITRA MOHASELLI,

Plaintiff - Appellant,

versus

THE SOUTHLAND CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CA-96-1563-A)

---

Submitted:  February 10, 1998      Decided:  February 24, 1998

---

Before WIDENER, MURNAGHAN, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Mitra Mohaselli, Appellant Pro Se.  Michael Frank Marino, Eric Anthony Welter, REED, SMITH, SHAW & MCCLAY, McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of Defendant in her employment discrimination action. We have reviewed the record and the district court's opinion announced from the bench and find no reversible error. Viewing the evidence in the light most favorable to Appellant, we find that the conduct of which she complained was not sufficiently severe or pervasive to constitute harassment based on gender or national origin. See Harris v. Forklift Sys., Inc., 510 U.S. 17, 23 (1993). Further, Appellant did not establish a causal connection between her sexual harassment complaint and her demotion, so her retaliation claim must fail. See Carter v. Ball, 33 F.3d 450, 460 (4th Cir. 1994). Accordingly, we affirm on the reasoning of the district court. Mohaselli v. Southland Corp., No. CA-96-1563-A (E.D. Va. June 11, 1997). We deny Appellant's motion for an extension of time in which to file a reply brief and her motion to file a reply brief out of time. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED